FRANCIS KACZMARCYK ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF TORRINGTON ET AL.

The motion by the defendant Torrington Scrap,
Inc., to dismiss the appeal from the Court of Common Pleas in Litchfield County is granted.

*Charles F. Brower,* for the appellee (defendant
Torrington Scrap, Inc.).

*Edward J. Kaczmarcyk,* for the appellants (plaintiffs).

Argued April 5—decided April 5, 1977

MYRNA F. LABOW *v.* RONALD I. LABOW

The plaintiff's motion to dismiss the appeal from
the Superior Court in Fairfield County is denied.

*John W. Colleran,* for the appellee (plaintiff).

*Ronald I. LaBow,* pro se, the appellant (defendant).

Argued April 5—decided April 5, 1977

FRANCIS KACZMARCYK ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF TORRINGTON ET AL.

The plaintiffs' petition for certification for appeal
from the Court of Common Pleas in Litchfield
County is dismissed.

*Edward J. Kaczmarcyk,* in support of the petition.

*Charles F. Brower,* in opposition.

Submitted March 10—decided April 5, 1977